U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUN 0 3 2008

ROBERT P. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RANDY MINGO** | : | DOCKET NO. 06-cv-1914 |
| VS. | : | JUDGE MINALDI |
| **BALBOA INSURANCE COMPANY, ET AL** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's Motion to Remand [Doc. 37] be, and it is hereby DENIED.

IT IS FURTHER ORDERED that plaintiff's Motion to Amend / Correct Complaint [Doc. 41] be, and it is hereby DENIED

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3 day of June, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE